UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR        4:26-CR-40029 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute a Controlled Substance |
| JOSEPH DEAN DARVILLE, a/k/a "Jo Jo" and ███████████ | (21 U.S.C. §§ 841(a)(1) and 846) |
| Defendants. | |

The Grand Jury charges:

Beginning on an unknown date and continuing until on or about the date of this Indictment, in the District of South Dakota and elsewhere, the defendants, Joseph Dean Darville, a/k/a "Jo Jo" ███████████████, knowingly and intentionally combined, conspired, confederated, and agreed with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

**Name redacted**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _Connie Larson_____