**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Veronica L. Duffy United States Magistrate Judge Presiding

Courtroom Deputy – RMM                    Court Reporter – FTR
Courtroom – SF #3                          Date – May 13, 2026

4:26-cr-40029-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH DEAN DARVILLE,<br>a/k/a Jo Jo,<br><br>Defendant. | Mark A. Hodges<br><br><br><br>Tracye L. Sherrill |

TIME HEARING SCHEDULED TO BEGIN: 1:30 PM

TIME:

1:30 PM      Enter initial appearance and arraignment on Indictment.

Counsel note their appearance for the record.

Government reads the charges in the Indictment and possible maximum penalties.

The Court advises Defendant of statutory and constitutional rights.

**Oral Order:** Based on Defendant's *Financial Affidavit*, Tracye L. Sherrill is appointed as counsel.

The Court enters a 'not guilty' plea on behalf of Defendant to the charges contained in the Indictment.

Court orders that Defendant be remanded to custody of the U.S. Marshals Service.

1:40 PM      Court is adjourned.