UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26-40029 |
| Plaintiff, | |
| vs. | STIPULATION FOR ENTRY OF STANDARD DISCOVERY ORDER |
| JOSEPH DEAN DARVILLE, A/K/A "JO JO" | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that the Court may enter its standard Discovery Order pursuant to D.S.D. Crim. LR 16.1 concerning the handling and disposition of discovery materials turned over to the defense.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that they have read and acknowledge D.S.D. Crim. LR 57.10 concerning access to criminal documents and transcripts.

RONALD A. PARSONS, JR.
United States Attorney

5/14/2026

Date

*Mark Hodges*

Mark Hodges
Assistant United States Attorney

5.14.26

Date

Tracye Sherrill
Attorney for Defendant